GALLIGAN v. TOWN OF CHAPEL HILL

No. 32 PC.

Case below:   5 N.C. App. 413.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 23 September 1969.

PERSONNEL CORP. v. ROGERS

No. 20 PC.

Case below: 5 N.C. App. 219.

Petition for writ of *certiorari* to North Carolina Court of Appeals allowed 29 August 1969.

HALES v. CONSTRUCTION CO.

No. 49 PC.

Case below: 5 N.C. App. 564.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 October 1969.

HARDEE'S v. HICKS

No. 52 PC.

Case below: 5 N.C. App. 595.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 7 October 1969.

HENDRICKS v. GUARANTY CO.

No. 17 PC.

Case below: 5 N.C. App. 181.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 29 August 1969.

HIGHWAY COMM. v. LANE

No. 40 PC.

Case below: 5 N.C. App. 507.

Petition for writ of *certiorari* to North Carolina Court of Appeals denied 23 September 1969.